IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES McCORMICK YOUNG, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:07-CV-0274 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION AND SUPPLEMENTAL REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On December 27, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied as petitioner did not lose any previously accrued good time credits. On January 3, 2008, petitioner filed objections to the Report and Recommendation. On July 3, 2008, the United States Magistrate Judge issued a Supplemental Report and Recommendation in this cause, recommending that the objections filed by petitioner be overruled and that the petition for a writ of habeas corpus be denied. As of this date, petitioner has not filed objections to the Supplemental Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's January 3, 2008 objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation and Supplemental Report

and Recommendation are hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this  _21st_  day of _July_ 2008.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE